## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JUSTAN ADAMS, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) No. 1:19-cv-00030-GZS |
| | ) |
| EASTERN MAINE HOSPITAL, et al., | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 4) filed March 12, 2019, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

                                                 /s/ George Z. Singal
                                                United States District Judge

Dated this 4th day of April, 2019.