**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **JUSTAN ADAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | No.   **1:19-cv-00030-GZS** |
| | ) | |
| **EASTERN MAINE MEDICAL** | ) | |
| **CENTER, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decisions (ECF Nos. 9 and 11) filed May 28, 2019 and June 6, 2019, respectively, the Recommended Decisions are **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motions to Reopen the Case (ECF Nos. 7 and 10) respectively, are hereby **DENIED**;

Plaintiff's Application to Proceed *in forma pauperis* (ECF No. 8) is, therefore, **MOOT**.

Having reviewed the entire docket, the Court concludes that this action fails to state any claim on which relief may be granted and that his complaint and pending motions are frivolous.  As a result, the Court finds this matter is subject to dismissal under 28 U.S.C. § 1915(e)(2)(B), and there is no apparent basis for reopening this case.

Accordingly, the Court hereby provides a Cok warning to Plaintiff Justan Adams that any further frivolous filings on this docket or with this Court will result in immediate filing restrictions being imposed and may result in additional sanctions.  See generally Cok v. Family Court of Rhode Island, 985 F.2d 32 (1st Cir. 1993) (requiring that the Court warn

any litigant before restricting the litigant's ability to file).  By way of explanation, frivolous filings waste judicial resources and unnecessarily delay the resolution of matters within this Court's jurisdiction.  Based upon the Court's review of multiple meritless actions Justan Adams has brought before this Court, it is apparent that he has become an abusive litigant.  <u>See</u> D. Me Docket Nos. 1:17-cv-00200-GZS, 1:18-cv-00446-NT, and 2:17-cv-00355-DBH.

  /s/ George Z. Singal         __<br>United States District Judge

Dated this 2nd day of July, 2019.